# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marvin J. Ponce<br>    Joannie Ponce<br>              Debtors | CHAPTER 13<br><br>BKY. NO. 16-18034 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 7467

                                        Respectfully submitted,

                                        **/s/Denise Carlon, Esquire**
                                        Denise Carlon, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406