United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18034-ref
Marvin J. Ponce                                                 Chapter 13
Joannie Ponce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Angela          Page 1 of 1          Date Rcvd: Jun 09, 2017
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13844362        +E-mail/PDF: cbp@onemainfinancial.com Jun 10 2017 01:17:36        Onemain,    605 Munn Road,
                 FT Mill, SC 29715-8421
                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Joannie  Ponce jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Marvin J. Ponce jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                        TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

### Eastern District of Pennsylvania
### Case No. 16-18034-ref
### Chapter 13

In re: Debtor(s) (including Name and Address)

Marvin J. Ponce
601 S. 19th Street
Apt. D206
Reading PA 19606

Joannie Ponce
400 George Street
Reading PA 19605

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 06/02/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: Onemain, 605 Munn Road, FT Mill, SC 29715

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/11/17

Tim McGrath
**CLERK OF THE COURT**