PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-4288.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                    Bk. No. 16-18034-ref

Marvin J. Ponce And Joannie Ponce,                    Chapter 13

      Debtors.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC. Servicing agent for Bank of America, N.A, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 400 George Street, Reading, Pennsylvania 19605 (Loan No. XXXX1938), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 18, 2017          By /s/ Dean R. Prober
                                               DEAN R. PROBER, ESQ., CA BAR # 106207
                                               As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 08/21/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Marvin J. Ponce
601 S. 19th Street
Apt. D206
Reading, PA 19606

Joannie Ponce
400 George Street
Reading, PA 19605
Debtors

John A. DiGiamberardino, Esquire
Case & DiGiamberardino, P.C.
845 North Park Road, Suite #101
Wyomissing, PA 19610
Attorney for Debtors

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 08/21/2017, at Woodland Hills, California.

/s/ Marine Gaboyan