IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Marvin J. Ponce              : Chapter 13
         Joannie Ponce                : Case No. 16-18034
                    Debtors

**ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN**

This Addendum is being filed to correct the description of the total funding in the First Amended Chapter 13 Plan to reflect $13,740.00. In all other respects the First Amended Chapter 13 Plan shall govern.

**CASE & DIGIAMBERARDINO, P.C.**

By:   s/John A. DiGiamberardino, Esquire
      Attorney I.D. #41268
      845 N. Park Road, Ste. 101
      Wyomissing, PA  19610
      (610) 372-9900
      (610) 372-5469 -f ax
      Attorney for Debtors