United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marvin J. Ponce  
Joannie Ponce  
    Debtors

Case No. 16-18034-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Oct 19, 2017  
                Form ID: 155     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
```
db         +Marvin J. Ponce,    601 S. 19th Street,    Apt. D206,    Reading, PA 19606-1766
jdb        +Joannie Ponce,    400 George Street,    Reading, PA 19605-2409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:
```
          DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Marvin J. Ponce jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Joannie  Ponce jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marvin J. Ponce and Joannie Ponce
      Debtor(s)

Chapter: 13

Bankruptcy No: 16−18034−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 19, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Richard E. Fehling
                                                Judge ,
                                                United States Bankruptcy Court

30
Form 155