UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Marvin J. Ponce                              : Chapter 13
        Joannie Ponce                              : Case No. 16-18034
             Debtors

## CERTIFICATION OF NO OBJECTION FILED

    I, John A. DiGiamberardino, Esquire, attorney for Debtors, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Application for Allowance of Counsel Fees is uncontested.

Dated:  11/14/2017                **CASE & DIGIAMBERARDINO, P.C.**

                                    By:    s/John A. DiGiamberardino, Esquire
                                             Attorney I.D. #41268
                                             845 N. Park Road, Ste. 101
                                             Wyomissing, PA  19610
                                             (610) 372-9900
                                             (610) 372-5469 -f ax
                                             Attorney for Debtors