UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Marvin J. Ponce : Chapter 13
       Joannie Ponce : Case No. 16-18034
              Debtors

## ORDER

    Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,909.72 and advanced costs in the amount of $90.28.

BY THE COURT:

**Date: November 15, 2017**

_____
                                J.