United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-18034-ref
Marvin J. Ponce                                                                         Chapter 13
Joannie Ponce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1              Date Rcvd: Nov 15, 2017
                             Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db         +Marvin J. Ponce,    601 S. 19th Street,    Apt. D206,    Reading, PA 19606-1766
jdb        +Joannie Ponce,    400 George Street,    Reading, PA 19605-2409
cr         +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr         +Carrington Mortgage Services, LLC,    c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr         +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,    Anaheim, CA 92806-5951
cr         +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
             Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 02:05:22
             PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Joannie  Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Marvin J. Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Marvin J. Ponce                : Chapter 13
      Joannie Ponce                    : Case No. 16-18034
             Debtors

**ORDER**

    Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,909.72 and advanced costs in the amount of $90.28.

BY THE COURT:

**Date: November 15, 2017**

_____
J.