Certificate Number: 14912-PAE-DE-033328703

Bankruptcy Case Number: 16-18034



14912-PAE-DE-033328703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2019, at 2:21 o'clock PM EDT, Joannie Ponce completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 30, 2019         By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor