Certificate Number: 14912-PAE-DE-033331949

Bankruptcy Case Number: 16-18034



14912-PAE-DE-033331949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2019</u>, at <u>4:33</u> o'clock <u>PM EDT</u>, <u>Marvin J. Ponce</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 31, 2019</u>    By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>