```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                    Case No. 16-18034-amc
Marvin J. Ponce                                                           Chapter 13
Joannie Ponce
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-4          User: ChrissyW              Page 1 of 2                    Date Rcvd: Feb 14, 2020
                              Form ID: 138NEW             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db            +Marvin J. Ponce,    601 S. 19th Street,    Apt. D206,    Reading, PA 19606-1766
jdb           +Joannie Ponce,    400 George Street,    Reading, PA 19605-2409
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Bank of America, N.A.,     c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr            +Carrington Mortgage Services, LLC,    c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr            +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
13824702     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
13824701      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
13917627       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13914507      +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
13835829      +Bank of America, NA,    c/o Denise Carlon, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13854575       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13974482      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13971630      +Carrington Mortgage Services, LLC,    c/o Dean R. Prober, Esq.,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14463571      +Carrington Mortgage Services, LLC as servicer for,    c/o Michael J. Clark, Esquire,
                Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14463008      +Carrington Mortgage Services, LLC et al,    c/o Michael J. Clark, Esquire,
                Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13824707      +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13824708      +Discover National Bank/Macys,    PO Box 8218,    Mason, OH 45040-8218
13824709      +Goodyear/Citibank, N. A.,    Po Box 6497,    Sioux Falls, SD 57117-6497
13824710       Home Pro Visa,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
13836182       Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13824714      +Sears/Citibank N.A.,    PO Box 6283,    Sioux Falls, SD 57117-6283
13824715      +Sears/Citibank, N.A.,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13824718      +Synchrony Bank/Lowes,    5450 NW Central #1000,    Houston, TX 77092-2016
13824720      +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
13824721      +Vaccaro's Auto,    805 Hiester's Lane,    Reading, PA 19605-3034
13915040       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
13849750       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13835856      +Wells Fargo Bank, NA,    c/o William E. Craig, Esq.,    110 Marter Avenue, Suite 301,
                Moorestown, NJ 08057-3124
13824722      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 03:12:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2020 03:13:21     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 03:23:53
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13824703       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2020 03:25:52
                Capital One Bank Usa N. A.,    15000 Capital One Drive,    Richmond, VA 23238
13824705       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2020 03:12:33     ComenityCapital/Boscovs,
                PO Box 182120,    Columbus, OH 43218-2120
13824706      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2020 03:22:18
                Credit One Bank N.A.,    PO Box 98872,    Las Vegas, NV 89193-8872
13935875       E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 03:12:34
                Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
13824711      +E-mail/Text: bncnotices@becket-lee.com Feb 15 2020 03:12:23     Kohls/Capital One,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
13899470       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 03:25:56
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14036164       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 03:23:55
                LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                Greenville, SC  29603-0587
13899777      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 15 2020 03:13:04     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
```

```
District/off: 0313-4          User: ChrissyW              Page 2 of 2                   Date Rcvd: Feb 14, 2020
                              Form ID: 138NEW             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13824712       +E-mail/PDF: pa_dc_claims@navient.com Feb 15 2020 03:22:17      Navient,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13824713       +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2020 03:25:51      One Main Financial,    Po Box 499,
                 Hanover, MD 21076-0499
13844362       +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2020 03:25:51      Onemain,    605 Munn Road,
                 FT Mill, SC 29715-8421
13928484        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2020 03:51:00
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13923253       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 03:22:19
                 Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Jefferson,
                 Capital Systems,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13849733        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2020 03:12:34
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13824716       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:52      Synchrony Bank Sam's Club,
                 Po Box 965005,    Orlando, FL 32896-5005
13824717       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:25:52      Synchrony Bank/JCPenney,
                 Po Box 965007,    Orlando, FL 32896-5007
13824719        E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2020 03:23:52      Synchrony Bank/Walmart,
                 Po Box 965024,    El Paso, TX 79998
13898662       +E-mail/Text: bncmail@w-legal.com Feb 15 2020 03:13:13       TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14125128        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 15 2020 03:11:25
                 United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13824704*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank USA, N. A.,    15000 Capital One Dr,
                 Richmond, VA 23238)
13935848*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO     on behalf of Joint Debtor Joannie  Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor Marvin J. Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. CLARK    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank
               of America, N.A. mjclark@logs.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marvin J. Ponce and Joannie Ponce

      Debtor(s)                                      Bankruptcy No: 16−18034−amc

                                                      Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                     Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                For The Court
                                                                  Timothy B. McGrath
                                                                     Clerk of Court

Dated: 2/14/20

                                                                                                    46 − 45
                                                                           Form 138_new