```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                     Case No. 16-18034-amc
Marvin J. Ponce                                            Chapter 13
Joannie Ponce
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: admin               Page 1 of 2        Date Rcvd: Mar 06, 2020
                              Form ID: 3180W            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db           +Marvin J. Ponce,    601 S. 19th Street,    Apt. D206,    Reading, PA 19606-1766
jdb          +Joannie Ponce,    400 George Street,    Reading, PA 19605-2409
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13914507     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13974482     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13824707     +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13836182      Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2020 03:07:29
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2020 03:08:09      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13854575      EDI: BL-BECKET.COM Mar 07 2020 07:53:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
13935875      EDI: Q3G.COM Mar 07 2020 07:53:00      Department Store National Bank,    c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA  98083-0657
13899470      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2020 03:12:45
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14036164      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2020 03:12:59
               LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
               Greenville, SC  29603-0587
13899777     +EDI: MID8.COM Mar 07 2020 07:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
13928484      EDI: PRA.COM Mar 07 2020 07:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
13923253     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 07 2020 03:12:45
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Jefferson,
               Capital Systems,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13849733      EDI: Q3G.COM Mar 07 2020 07:53:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA  98083-0788
13898662     +E-mail/Text: bncmail@w-legal.com Mar 07 2020 03:08:01      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14125128      E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Mar 07 2020 03:06:35
               United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13915040      EDI: WFFC.COM Mar 07 2020 07:53:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. BOX 19657,    IRVINE, CA 92623-9657
13849750      EDI: WFFC.COM Mar 07 2020 07:53:00      Wells Fargo Bank, N.A.,    PO Box 10438,
               Des Moines, IA 50306-0438
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13935848*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin              Page 2 of 2               Date Rcvd: Mar 06, 2020
                              Form ID: 3180W           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO     on behalf of Joint Debtor Joannie  Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO     on behalf of Debtor Marvin J. Ponce jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. CLARK    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Bank
               of America, N.A. mjclark@logs.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG     on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Marvin J. Ponce** | Social Security number or ITIN  xxx–xx–1478 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Joannie Ponce** | Social Security number or ITIN  xxx–xx–4928 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–18034–amc** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marvin J. Ponce                     Joannie Ponce

3/5/20                     **By the court:**    Ashely M. Chan
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**